IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THEMLA WILLIAMS
ADC # 93197                                                                                                    PLAINTIFF

V.                          CASE NO. 5:12CV00116 JMM-BD

S. PENISTER, *et al.*                                                                                          DEFENDANT

## ORDER

Pending is Plaintiff's motion for reconsideration of the Order entered by United States Magistrate Judge Beth Deere on April 17, 2012. (Docket # 13). The Court has reviewed the pleadings and finds that Plaintiff's motion should be, and hereby is, DENIED, for the reasons set forth in Magistrate Judge Deere's April 17, 2012 Order.

IT IS SO ORDERED this 3rd day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE