IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THELMA WILLIAMS
ADC #93197                                                                                    PLAINTIFF

V.                          No. 5:12CV00116-JMM-BD

S. PENISTER, *et al.*                                                                     DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 7th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE